# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VILLACORTE, ROMEO V. | § | Case No. 15-28510 |
| VILLACORTE, MARIAPAZ A. | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/20/2015 . The undersigned trustee was appointed on 05/30/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $    50,384.26

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 12,596.06 |
| Bank service fees | 306.62 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 37,481.58 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/13/2017 and the deadline for filing governmental claims was 09/13/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,216.47 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,216.47 , for a total compensation of $ 5,216.47 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2017                By: /s/GINA B. KROL
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-28510 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | VILLACORTE, ROMEO V. | | | Date Filed (f) or Converted (c): | 08/20/15 (f) |
| | VILLACORTE, MARIAPAZ A. | | | 341(a) Meeting Date: | 09/15/15 |
| For Period Ending: | 12/13/17 | | | Claims Bar Date: | 09/13/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 1870 Chippendale Lane Glen | 242,208.00 | 0.00 | | 0.00 | FA |
| 2. Unemproved Lot Woodland, Wisconsin | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. Unemproved Property Charlotte, FL | 2,000.00 | 600.00 | | 0.00 | FA |
| 4. JP Morgan Chase Bank Checking Acct. | 100.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Household Goods and Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8. 2003 Mitsubishiu Montero Mileage - 200,000 | 2,300.00 | 0.00 | | 0.00 | FA |
| 9. 1998 Honda Civic Mileage - 240,000 | 300.00 | 0.00 | | 0.00 | FA |
| 10. Timeshare - Hilton Las Vegas | 3,000.00 | 2,000.00 | | 0.00 | FA |
| 11. FORECLOSURE SURPLUS FUNDS (u) | 50,384.26 | 50,384.26 | | 50,384.26 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $306,642.26   $52,984.26   $50,384.26   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

October 12, 2017, 12:40 pm

Reopened case on 5/26/17 to pursue foreclosure surplus funds; employed special counsel and asset recovery broker  June 08, 2017, 09:15 am

Initial Projected Date of Final Report (TFR): 12/31/17     Current Projected Date of Final Report (TFR): 12/31/17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 15-28510  JSB  Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | VILLACORTE, ROMEO V. | Date Filed (f) or Converted (c): | 08/20/15 (f) |
| | VILLACORTE, MARIAPAZ A. | 341(a) Meeting Date: | 09/15/15 |
| | | Claims Bar Date: | 09/13/17 |

/s/   GINA B. KROL
_____   Date: 12/13/17
   GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 15-28510 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VILLACORTE, ROMEO V. | Bank Name: | ASSOCIATED BANK |
| | VILLACORTE, MARIAPAZ A. | Account Number / CD #: | *******8044  Checking Account |
| Taxpayer ID No: | *******3746 | | |
| For Period Ending: | 12/13/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/17 | 11 | DUPAGE COUNTY SHERIFF CHANCERY SURPLUS TRUST 501 N COURNTY FARM ROAD WHEATON, IL 60187 | | 1229-000 | 50,384.26 | | 50,384.26 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.24 | 50,348.02 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.85 | 50,273.17 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.74 | 50,198.43 |
| 09/13/17 | 030001 | Alford Elliott Urban Asset Recovery 2510 E. 83rd Street Chicago, IL 60617 | | 3991-000 | | 12,596.06 | 37,602.37 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.98 | 37,537.39 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.81 | 37,481.58 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 50,384.26 | 12,902.68 | 37,481.58 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,384.26 | 12,902.68 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 50,384.26 | 12,902.68 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8044 | 50,384.26 | 12,902.68 | 37,481.58 |
| | ----------------- | ----------------- | ----------------- |
| | 50,384.26 | 12,902.68 | 37,481.58 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  50,384.26  12,902.68

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: | 15-28510 -JSB |
| Case Name: | VILLACORTE, ROMEO V. |
| | VILLACORTE, MARIAPAZ A. |
| Taxpayer ID No: | *******3746 |
| For Period Ending: | 12/13/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8044  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 13, 2017 | |
|---|---|---|---|---|---|---|

| Case Number: | 15-28510 | Priority Sequence | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | VILLACORTE, ROMEO V. | | | Joint Debtor: | VILLACORTE, MARIAPAZ A. | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | Giagnorio & Robertelli<br>130 S. Bloomingdale Rd.<br>Bloomingdale, IL 60108 | Administrative | | $0.00 | $990.00 | $990.00 |
| 001<br>3220-61 | Giagnorio & Robertelli<br>130 S. Bloomingdale Rd.<br>Bloomingdale, IL 60108 | Administrative | | $0.00 | $209.50 | $209.50 |
| 001<br>3992-00 | Alford Elliott<br>Urban Asset Recovery<br>2510 E. 83rd Street<br>Chicago, IL 60617<br>Tax Id: 47-3962503 | Administrative | | $0.00 | $12,596.06 | $12,596.06 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,216.47 | $5,216.47 |
| 001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Administrative | | $260.00 | $260.00 | $260.00 |
| 000001<br>070<br>7100-90 | TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured<br>Duplicate of Claim #1 | | $0.00 | $1,234.00 | $1,234.00 |
| 000001<br>070<br>7100-90 | TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | | $0.00 | $1,234.00 | $1,234.00 |
| 000002<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Duplicate of Claim #2 | | $0.00 | $5,153.09 | $5,153.09 |
| 000002<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $5,153.09 | $5,153.09 |
| 000003<br>070<br>7100-90 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>Duplicate of Claim #3 | | $0.00 | $358.81 | $358.81 |
| 000003<br>070<br>7100-90 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $358.81 | $358.81 |
| 000004<br>070<br>7100-90 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured<br>Dupliate of Claim #4 | | $0.00 | $1,824.23 | $1,824.23 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 13, 2017 |
|---|---|---|---|---|---|---|
| Case Number: 15-28510<br>Debtor Name: VILLACORTE, ROMEO V. | | Priority Sequence | | Joint Debtor: VILLACORTE, MARIAPAZ A. | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000004<br>070<br>7100-90 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $1,824.23 | $1,824.23 |
| 000005<br>070<br>7100-90 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | Duplicate of Claim #5 | $0.00 | $217.81 | $217.81 |
| 000005<br>070<br>7100-90 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $0.00 | $217.81 | $217.81 |
| 000006<br>070<br>7100-90 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | Duplicate of Cliam #6 | $0.00 | $558.87 | $558.87 |
| 000006<br>070<br>7100-90 | Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | Unsecured | | $0.00 | $558.87 | $558.87 |
| 000007<br>070<br>7100-90 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY<br>BANK(MEIJER)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $289.19 | $289.19 |
| 000008<br>070<br>7100-90 | Portfolio Recovery Associates, LLC<br>Successor to Citibank, N.A.<br>(The Home Depot)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $2,576.30 | $2,576.30 |
| 000009<br>070<br>7100-90 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(SAMS CLUB)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $1,523.91 | $1,523.91 |
| 000010<br>070<br>7100-00 | Bottom Line Books<br>c/o North Shore Agency<br>P.O. Box 9205<br>Old Bethpage, NY 11804-9005 | Unsecured | | $0.00 | $43.00 | $43.00 |
| 000011<br>070<br>7100-90 | Capital One<br>c/o Central Credit Services<br>P.O. Box 15118<br>Jacksonville, FL 32239-5118 | Unsecured | | $0.00 | $2,568.00 | $2,568.00 |
| 000012<br>070<br>7100-00 | Comcast<br>c/o Stellar Recovery Inc.<br>1327 Highway 2 W, Suite 100<br>Kalispell, MT 59901 | Unsecured | | $0.00 | $179.00 | $179.00 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: December 13, 2017 |

| Case Number: | 15-28510 | Priority Sequence | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | VILLACORTE, ROMEO V. | | | Joint Debtor: | VILLACORTE, MARIAPAZ A. | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | DuPage Medical Group c/o Merchants Credit Guide 223 W. Jackson Blvd, Suite 410 Chicago, IL 60606 | Unsecured | | $0.00 | $1,582.00 | $1,582.00 |
| 000014 070 7100-00 | Global Discovery Vacations 536- College Blvd., Suite 200 Overland Park, KS 66211 | Unsecured | | $0.00 | $830.00 | $830.00 |
| 000015 070 7100-90 | JC Penney c/o Cavalry Portfolio Services, LLC P.O. Box 27288 Tempe, AZ 85285-7288 | Unsecured | | $0.00 | $218.00 | $218.00 |
| 000016 070 7100-90 | Capital One/Menards c/o Frontiline Asset Strategie P.O Box 1259, Dept 101345 Oaks, PA 19456 Oaks, PA 19456 | Unsecured | | $0.00 | $2,034.00 | $2,034.00 |
| 000017 070 7100-00 | Carol Wright Gifts P.O. Box 2852 Monroe, WI 53566-8052 | Unsecured | | $0.00 | $24.00 | $24.00 |
| 000018 070 7100-00 | Chicago Tribune c/o Merchants Credit Guide Co. 223 W. Jackson Blvd., #700 Chicago, IL 60606 | Unsecured | | $0.00 | $64.00 | $64.00 |
| 000019 070 7100-90 | Kohls Department Store P.O. Box 3115 Milwaukee, WI 53201 | Unsecured | Duplicate of Claim #4 | $0.00 | $1,824.00 | $1,824.00 |
| 000020 070 7100-90 | Macys P.O. Box 183083 Columbus, OH 43218 | Unsecured | | $0.00 | $111.00 | $111.00 |
| 000021 070 7100-90 | Sears c/o United Collection Bureau, Inc. P.O. Box 140310 Toledo, OH 43614 | Unsecured | | $0.00 | $1,960.00 | $1,960.00 |
| 000022 070 7100-00 | Sprint c/o Enhanced Recovery Corporation P.O. Box 57547 Jacksonville, FL 32241 | Unsecured | | $0.00 | $527.00 | $527.00 |
| 000023 070 7100-00 | Surgical Ctr of DuPage Medical Grou c/o Merchants Credit Guidt Co. 223 W. Jackson Blvd., #700 Chicago, IL 60606 | Unsecured | | $0.00 | $342.00 | $342.00 |
| 000024 070 7100-90 | TD Bank USATarget 3701 Wayzata Blvd. Minneapolis, MN 55416 | Unsecured | Duplicate of Claim #1 | $0.00 | $1,234.00 | $1,234.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Page 4 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 13, 2017 |
| Case Number: | 15-28510 | | Priority Sequence | | | |
| Debtor Name: | VILLACORTE, ROMEO V. | | | Joint Debtor: | VILLACORTE, MARIAPAZ A. | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 7<br>070<br>7100-90 | Portfolio Recovery Associates LLC<br>Successor to Synchrony Bank (Meijer)<br>OPB 41067<br>Norfolk, VA 23541 | Unsecured | Duplicate of Claim #7 | $0.00 | $289.19 | $289.19 |
| 8<br>070<br>7100-90 | Portfolio Recovery Associates LLC<br>Successor to Citibank, NA<br>(The Home Depot)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | Duplicate of Claim #8 | $0.00 | $2,576.30 | $2,576.30 |
| 9<br>070<br>7100-90 | Portfolio Recovery Associates LLC<br>Successor to Synchrony Bank<br>(Sams Club)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | Duplicate of Claim #9 | $0.00 | $1,523.91 | $1,523.91 |
| 999<br>8200-00 | ROMEO V. VILLACORTE<br>MARIAPAZ A. VILLACORTE<br>GLENDALE HEIGHTS, IL  60139 | Unsecured | | $0.00 | $0.00 | $5,719.57 |
| | Case Totals: | | | $260.00 | $60,284.45 | $66,004.02 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-28510
Case Name: VILLACORTE, ROMEO V.
           VILLACORTE, MARIAPAZ A.
Trustee Name: GINA B. KROL

Balance on hand                                                  $         37,481.58

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,216.47 | $ 0.00 | $ 5,216.47 |
| Charges: Clerk of US Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Alford Elliott | $ 12,596.06 | $ 12,596.06 | $ 0.00 |
| Other: Giagnorio & Robertelli | $ 990.00 | $ 0.00 | $ 990.00 |
| Other: Giagnorio & Robertelli | $ 209.50 | $ 0.00 | $ 209.50 |

Total to be paid for chapter 7 administrative expenses         $          6,675.97
Remaining Balance                                              $         30,805.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 24,218.21  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TD Bank, USA by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | $ 1,234.00 | $ 0.00 | $ 1,234.00 |
| 000002 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 5,153.09 | $ 0.00 | $ 5,153.09 |
| 000003 | Capital One, N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 358.81 | $ 0.00 | $ 358.81 |
| 000004 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 1,824.23 | $ 0.00 | $ 1,824.23 |
| 000005 | Cavalry SPV I, LLC 500 Summit Lake Drive, Ste 400 Valhalla, NY 10595 | $ 217.81 | $ 0.00 | $ 217.81 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Midland Funding, LLC<br>Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | $ 558.87 | $ 0.00 | $ 558.87 |
| 000007 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK(MEIJER)<br>POB 41067<br>Norfolk, VA 23541 | $ 289.19 | $ 0.00 | $ 289.19 |
| 000008 | Portfolio Recovery Associates, LLC<br>Successor to Citibank, N.A. (The Home Depot)<br>POB 41067<br>Norfolk, VA 23541 | $ 2,576.30 | $ 0.00 | $ 2,576.30 |
| 000009 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK (SAMS CLUB)<br>POB 41067<br>Norfolk, VA 23541 | $ 1,523.91 | $ 0.00 | $ 1,523.91 |
| 000010 | Bottom Line Books<br>c/o North Shore Agency<br>P.O. Box 9205<br>Old Bethpage, NY 11804-9005 | $ 43.00 | $ 0.00 | $ 43.00 |
| 000011 | Capital One<br>c/o Central Credit Services<br>P.O. Box 15118<br>Jacksonville, FL 32239-5118 | $ 2,568.00 | $ 0.00 | $ 2,568.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Comcast<br>c/o Stellar Recovery Inc.<br>1327 Highway 2 W, Suite 100<br>Kalispell, MT 59901 | $ 179.00 | $ 0.00 | $ 179.00 |
| 000013 | DuPage Medical Group<br>c/o Merchants Credit Guide<br>223 W. Jackson Blvd, Suite 410<br>Chicago, IL 60606 | $ 1,582.00 | $ 0.00 | $ 1,582.00 |
| 000014 | Global Discovery Vacations<br>536- College Blvd., Suite 200<br>Overland Park, KS 66211 | $ 830.00 | $ 0.00 | $ 830.00 |
| 000015 | JC Penney<br>c/o Cavalry Portfolio Services, LLC<br>P.O. Box 27288<br>Tempe, AZ 85285-7288 | $ 218.00 | $ 0.00 | $ 218.00 |
| 000016 | Capital One/Menards c/o Frontiline<br>Asset Strategie<br>P.O Box 1259, Dept 101345<br>Oaks, PA 19456<br>Oaks, PA 19456 | $ 2,034.00 | $ 0.00 | $ 2,034.00 |
| 000017 | Carol Wright Gifts<br>P.O. Box 2852<br>Monroe, WI 53566-8052 | $ 24.00 | $ 0.00 | $ 24.00 |
| 000018 | Chicago Tribune<br>c/o Merchants Credit Guide Co.<br>223 W. Jackson Blvd., #700<br>Chicago, IL 60606 | $ 64.00 | $ 0.00 | $ 64.00 |
| 000020 | Macys<br>P.O. Box 183083<br>Columbus, OH 43218 | $ 111.00 | $ 0.00 | $ 111.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Sears<br>c/o United Collection Bureau, Inc.<br>P.O. Box 140310<br>Toledo, OH 43614 | $ 1,960.00 | $ 0.00 | $ 1,960.00 |
| 000022 | Sprint<br>c/o Enhanced Recovery Corporation<br>P.O. Box 57547<br>Jacksonville, FL 32241 | $ 527.00 | $ 0.00 | $ 527.00 |
| 000023 | Surgical Ctr of DuPage Medical Grou<br>c/o Merchants Credit Guidt Co.<br>223 W. Jackson Blvd, #700<br>Chicago, IL 60606 | $ 342.00 | $ 0.00 | $ 342.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 24,218.21 |
| Remaining Balance | $ 6,587.40 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 276.69 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,719.57 .