IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                )        IN CHAPTER 7
                                 )
**ROMEO V. VILLACORTE,**         )        No. 15 B 28510
**MARIAPAZ A. VILLACORTE,**      )
                                 )
        Debtor(s).               )

## PROOF OF SERVICE

TO:        See Attached


        I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, were sent on December 14, 2017, by First

Class U.S. Mail to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                              BY:/s/ Gina B. Krol_____
                                             Ch 7 Bankruptcy Trustee

Label Matrix for local noticing
0752-1
Case 15-28510
Northern District of Illinois
Chicago
Thu Dec 14 10:27:02 CST 2017

FIFTH THIRD MORTGAGE COMPANY
Codilis and Associates, P.C.
15W030 N. Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Account Control systems, Inc.
148 Veterans Dr., Suite D
Northvale, NJ 07647-2311

Asset Recovery Solutions, LLC
2200 E. Devon Ave., Suite 200
Des Plaines, IL 60018-4501

Bottom Line Books
c/o North Shore Agency
P.O. Box 9205
Old Bethpage, NY 11804-9005

CAC Financial Corp.
2601 NW Expressway, Suite 1000 East
Oklahoma City, OK 73112-7236

Capital One
c/o Central Credit Services
P.O. Box 15118
Jacksonville, FL 32239-5118

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One Bank, USA, N.A.
Attn: Bankruptcy Dept.
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Retail Card Service
c/o The Bureaus, Inc.
1717 Central St.
Evanston, IL 60201-1507

Capital One, N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Capital One/Menards
c/o Frontline Asset Strategies
P.O. Box 1259, Dept. 101345
Oaks, PA 19456-1259

Capital One/Menards c/o Frontiline Asset Str
P.O Box 1259, Dept 101345
Oaks, PA 19456
Oaks, PA 19456-1259

Carol Wright Gifts
P.O. Box 2852
Monroe, WI 53566-8052

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Chicago Tribune
c/o Merchants Credit Guide Co.
223 W. Jackson Blvd., #700
Chicago, IL 60606-6914

Citibank, N.A.
c/o Midland Funding
8875 Aero Dr., Suite 200
San Diego, CA 92123-2255

Comcast
c/o Stellar Recovery Inc.
1327 Highway 2 W, Suite 100
Kalispell, MT 59901-3413

Credit Control, LLC
P.O. Box 31179
Tampa, FL 33631-3179

Diversified Consultants, Inc.
P.O. Box 571
Fort Mill, SC 29716-0571

DuPage Medical Group
c/o Merchants Credit Guide
223 W. Jackson Blvd, Suite 410
Chicago, IL 60606-6908

EMS
P.O. Box 707600
Tulsa, OK 74170-7600

Fifth Third Bank
5050 Kingsley Dr.
Cincinnati, OH 45227-1115

Firsel Law Group, Ltd.
P.O. Box 1599
Lombard, IL 60148-8599

Freedman Anselmo Lindbert, LLC
1771 W. Diehl Rd., Suite 150
P.O. Box 3228
Naperville, IL 60566-3228

GE Capital Bank
c/o Cavalry Portfolio Service
500 Summit Lake Dr.
Valhalla, NY 10595-1340

Global Discovery Vacations
536- College Blvd., Suite 200
Overland Park, KS 66211

Green Tree
7300 South Kyrene Road
Tempe, AZ 85283-4583

Hilton Grand Vacation, LLC
5323 Millenia Lakes Blvd.
Suite 400
Orlando, FL 32839-3395

JC Penney
c/o Cavalry Portfolio Services, LLC
P.O. Box 27288
Tempe, AZ 85285-7288

Kohls Department Store
P.O. Box 3115
Milwaukee, WI 53201-3115

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074-2134

Leading Edge Recovery
5440 N. Cumberland Ave., Suite 300
Chicago, IL 60656-1486

Macy's
P.O. Box 183083
Columbus, OH 43218-3083

Macys
P.O. Box 183083
Columbus, OH 43218-3083

Merchants & Medical Credit Corp
6324  Taylor Dr.
Flint, MI 48507-4685

Meyer & Njus, P.A.
1100 U.S. Bank Plaza
200 South Sixth St.
Minneapolis, MN 55402-1403

Midland Funding, LLC
Midland Credit Management, Inc. as
agent for Midland Funding, LLC
PO Box 2011
Warren, MI 48090-2011

Monarch Recovery Management
P.O. Box 21089
Philadelphia, PA 19114-0589

NCO Financial Systems
P.O. Box 17218
Wilmington, DE 19850-7218

Nelson, Watson & Associates, LLC
P.O. Box 1299
Haverhill, MA 01831-1799

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RGS Collections, Inc.
P.O. Box 852039
Richardson, TX 75085-2039

Riexinger & Associates, LLC
P.O. Box 956188
Duluth, GA 30095-9504

Sears
c/o United Collection Bureau, Inc.
P.O. Box 140310
Toledo, OH 43614-0310

Sprint
c/o Enhanced Recovery Corporation
P.O. Box 57547
Jacksonville, FL 32241-7547

Stoneleigh Recovery
P.O. Box 1479
Lombard, IL 60148-8479

Stoneleigh Recovery Associates, LLC
P.O. Box 1479
Lombard, IL 60148-8479

Surgical Ctr of DuPage Medical Grou
c/o Merchants Credit Guidt Co.
223 W. Jackson Blvd, #700
Chicago, IL 60606-6914

Synchrony Bank
c/o Portfolio Recovery Associates
120 Corporate Blvd., Suite 100
Norfolk, VA 23502-4952

TD Bank USA/Target
3701 Wayzata Blvd.
#MS6C
Minneapolis, MN 55416-3401

TD Bank USATarget
3701 Wayzata Blvd.
Minneapolis, MN 55416-3401

TD Bank, USA
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

The Home Depot
c/o Portfolio Recovery Associates
120 Corporate Blvd.
Norfolk, VA 23502-4952

United Collection Bureau, Inc.
5620 Southwyck Blvd., Suie 206
Toledo, OH 43614-1501

Vision Financial Corp.
P.O. Box 7477
Rockford, IL 61126-7477

Gilbert R. Dizon
Dizon Law Ltd.
412 Anderson Blvd., Unit B
Geneva, IL 60134-1208

Gina B Krol
Cohen & Krol
105 West Madison St Ste 1100
Chicago, IL 60602-4600

Mariapaz A. Villacorte
1870 Chippendale Lane
Glendale Heights, IL 60139-1917

Patrick S David
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Romeo V. Villacorte
1870 Chippendale Lane
Glendale Heights, IL 60139-1917

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
Successor to Citibank, N.A.
(The Home Depot)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(SAMS CLUB)
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK(MEIJER)
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alford Elliott

(u)Vincent Robertelli

End of Label Matrix
Mailable recipients    62
Bypassed recipients     2
Total                  64