IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ROMEO V. VILLACORTE,** | ) | No. 15 B 28510 |
| **MARIAPAZ A. VILLACORTE,** | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on December 14, 2017, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                             BY:/s/ Gina B. Krol
                                                                       Ch 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
VILLACORTE, ROMEO V. § Case No. 15-28510 JSB
VILLACORTE, MARIAPAZ A. §
§
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> JEFFREY P. ALLSTEADT
> 219 S. Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 01/19/2018 in Courtroom 240,
> Kane County Courthouse
> 100 S. Third Street
> Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/13/2017    By: Gina B. Krol
                         Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
VILLACORTE, ROMEO V. § Case No. 15-28510 JSB
VILLACORTE, MARIAPAZ A. §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 50,384.26 |
| and approved disbursements of | $ | 12,902.68 |
| leaving a balance on hand of[1] | $ | 37,481.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 5,216.47 | $ 0.00 | $ 5,216.47 |
| Charges: Clerk of US Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Alford Elliott | $ 12,596.06 | $ 12,596.06 | $ 0.00 |
| Other: Giagnorio & Robertelli | $ 990.00 | $ 0.00 | $ 990.00 |
| Other: Giagnorio & Robertelli | $ 209.50 | $ 0.00 | $ 209.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,675.97 |
| Remaining Balance | $ 30,805.61 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,218.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TD Bank, USA by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | $ 1,234.00 | $ 0.00 | $ 1,234.00 |
| 000002 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 5,153.09 | $ 0.00 | $ 5,153.09 |
| 000003 | Capital One, N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 358.81 | $ 0.00 | $ 358.81 |
| 000004 | Capital One, N.A. c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | $ 1,824.23 | $ 0.00 | $ 1,824.23 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | $ 217.81 | $ 0.00 | $ 217.81 |
| 000006 | Midland Funding, LLC<br>Midland Credit Management, Inc. as agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090 | $ 558.87 | $ 0.00 | $ 558.87 |
| 000007 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK(MEIJER)<br>POB 41067<br>Norfolk, VA 23541 | $ 289.19 | $ 0.00 | $ 289.19 |
| 000008 | Portfolio Recovery Associates, LLC<br>Successor to Citibank, N.A.<br>(The Home Depot)<br>POB 41067<br>Norfolk, VA 23541 | $ 2,576.30 | $ 0.00 | $ 2,576.30 |
| 000009 | Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK (SAMS CLUB)<br>POB 41067<br>Norfolk, VA 23541 | $ 1,523.91 | $ 0.00 | $ 1,523.91 |
| 000010 | Bottom Line Books<br>c/o North Shore Agency<br>P.O. Box 9205<br>Old Bethpage, NY 11804-9005 | $ 43.00 | $ 0.00 | $ 43.00 |
| 000011 | Capital One<br>c/o Central Credit Services<br>P.O. Box 15118<br>Jacksonville, FL 32239-5118 | $ 2,568.00 | $ 0.00 | $ 2,568.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Comcast<br>c/o Stellar Recovery Inc.<br>1327 Highway 2 W, Suite 100<br>Kalispell, MT 59901 | $ 179.00 | $ 0.00 | $ 179.00 |
| 000013 | DuPage Medical Group<br>c/o Merchants Credit Guide<br>223 W. Jackson Blvd, Suite 410<br>Chicago, IL 60606 | $ 1,582.00 | $ 0.00 | $ 1,582.00 |
| 000014 | Global Discovery Vacations<br>536- College Blvd., Suite 200<br>Overland Park, KS 66211 | $ 830.00 | $ 0.00 | $ 830.00 |
| 000015 | JC Penney<br>c/o Cavalry Portfolio Services, LLC<br>P.O. Box 27288<br>Tempe, AZ 85285-7288 | $ 218.00 | $ 0.00 | $ 218.00 |
| 000016 | Capital One/Menards c/o Frontiline<br>Asset Strategie<br>P.O Box 1259, Dept 101345<br>Oaks, PA 19456<br>Oaks, PA 19456 | $ 2,034.00 | $ 0.00 | $ 2,034.00 |
| 000017 | Carol Wright Gifts<br>P.O. Box 2852<br>Monroe, WI 53566-8052 | $ 24.00 | $ 0.00 | $ 24.00 |
| 000018 | Chicago Tribune<br>c/o Merchants Credit Guide Co.<br>223 W. Jackson Blvd., #700<br>Chicago, IL 60606 | $ 64.00 | $ 0.00 | $ 64.00 |
| 000020 | Macys<br>P.O. Box 183083<br>Columbus, OH 43218 | $ 111.00 | $ 0.00 | $ 111.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Sears<br>c/o United Collection Bureau, Inc.<br>P.O. Box 140310<br>Toledo, OH 43614 | $ 1,960.00 | $ 0.00 | $ 1,960.00 |
| 000022 | Sprint<br>c/o Enhanced Recovery Corporation<br>P.O. Box 57547<br>Jacksonville, FL 32241 | $ 527.00 | $ 0.00 | $ 527.00 |
| 000023 | Surgical Ctr of DuPage Medical Grou<br>c/o Merchants Credit Guidt Co.<br>223 W. Jackson Blvd, #700<br>Chicago, IL 60606 | $ 342.00 | $ 0.00 | $ 342.00 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 24,218.21 |
| Remaining Balance | $ 6,587.40 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 6)*

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 276.69 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,719.57 .

      Prepared By: /s/GINA B. KROL
      Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 15-28510<br>Northern District of Illinois<br>Chicago<br>Thu Dec 14 10:27:02 CST 2017 | FIFTH THIRD MORTGAGE COMPANY<br>Codilis and Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Account Control systems, Inc.<br>148 Veterans Dr., Suite D<br>Northvale, NJ 07647-2311 | Asset Recovery Solutions, LLC<br>2200 E. Devon Ave., Suite 200<br>Des Plaines, IL 60018-4501 | Bottom Line Books<br>c/o North Shore Agency<br>P.O. Box 9205<br>Old Bethpage, NY 11804-9005 |
| CAC Financial Corp.<br>2601 NW Expressway, Suite 1000 East<br>Oklahoma City, OK 73112-7236 | Capital One<br>c/o Central Credit Services<br>P.O. Box 15118<br>Jacksonville, FL 32239-5118 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One Bank, USA, N.A.<br>Attn:  Bankruptcy Dept.<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Retail Card Service<br>c/o The Bureaus, Inc.<br>1717 Central St.<br>Evanston, IL 60201-1507 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Capital One/Menards<br>c/o Frontline Asset Strategies<br>P.O. Box 1259, Dept. 101345<br>Oaks, PA 19456-1259 | Capital One/Menards c/o Frontline Asset Str<br>P.O Box 1259, Dept 101345<br>Oaks, PA 19456<br>Oaks, PA 19456-1259 |
| Carol Wright Gifts<br>P.O. Box 2852<br>Monroe, WI 53566-8052 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Chicago Tribune<br>c/o Merchants Credit Guide Co.<br>223 W. Jackson Blvd., #700<br>Chicago, IL 60606-6914 |
| Citibank, N.A.<br>c/o Midland Funding<br>8875 Aero Dr., Suite 200<br>San Diego, CA 92123-2255 | Comcast<br>c/o Stellar Recovery Inc.<br>1327 Highway 2 W, Suite 100<br>Kalispell, MT 59901-3413 | Credit Control, LLC<br>P.O. Box 31179<br>Tampa, FL 33631-3179 |
| Diversified Consultants, Inc.<br>P.O. Box 571<br>Fort Mill, SC 29716-0571 | DuPage Medical Group<br>c/o Merchants Credit Guide<br>223 W. Jackson Blvd, Suite 410<br>Chicago, IL 60606-6908 | EMS<br>P.O. Box 707600<br>Tulsa, OK 74170-7600 |
| Fifth Third Bank<br>5050 Kingsley Dr.<br>Cincinnati, OH 45227-1115 | Firsel Law Group, Ltd.<br>P.O. Box 1599<br>Lombard, IL 60148-8599 | Freedman Anselmo Lindbert, LLC<br>1771 W. Diehl Rd., Suite 150<br>P.O. Box 3228<br>Naperville, IL 60566-3228 |
| GE Capital Bank<br>c/o Cavalry Portfolio Service<br>500 Summit Lake Dr.<br>Valhalla, NY 10595-1340 | Global Discovery Vacations<br>536- College Blvd., Suite 200<br>Overland Park, KS 66211 | Green Tree<br>7300 South Kyrene Road<br>Tempe, AZ 85283-4583 |

| | | |
|---|---|---|
| Hilton Grand Vacation, LLC<br>5323 Millenia Lakes Blvd.<br>Suite 400<br>Orlando, FL 32839-3395 | JC Penney<br>c/o Cavalry Portfolio Services, LLC<br>P.O. Box 27288<br>Tempe, AZ 85285-7288 | Kohls Department Store<br>P.O. Box 3115<br>Milwaukee, WI 53201-3115 |
| LTD Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074-2134 | Leading Edge Recovery<br>5440 N. Cumberland Ave., Suite 300<br>Chicago, IL 60656-1486 | Macy's<br>P.O. Box 183083<br>Columbus, OH 43218-3083 |
| Macys<br>P.O. Box 183083<br>Columbus, OH 43218-3083 | Merchants & Medical Credit Corp<br>6324 Taylor Dr.<br>Flint, MI 48507-4685 | Meyer & Njus, P.A.<br>1100 U.S. Bank Plaza<br>200 South Sixth St.<br>Minneapolis, MN 55402-1403 |
| Midland Funding, LLC<br>Midland Credit Management, Inc. as<br>agent for Midland Funding, LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Monarch Recovery Management<br>P.O. Box 21089<br>Philadelphia, PA 19114-0589 | NCO Financial Systems<br>P.O. Box 17218<br>Wilmington, DE 19850-7218 |
| Nelson, Watson & Associates, LLC<br>P.O. Box 1299<br>Haverhill, MA 01831-1799 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RGS Collections, Inc.<br>P.O. Box 852039<br>Richardson, TX 75085-2039 |
| Riexinger & Associates, LLC<br>P.O. Box 956188<br>Duluth, GA 30095-9504 | Sears<br>c/o United Collection Bureau, Inc.<br>P.O. Box 140310<br>Toledo, OH 43614-0310 | Sprint<br>c/o Enhanced Recovery Corporation<br>P.O. Box 57547<br>Jacksonville, FL 32241-7547 |
| Stoneleigh Recovery<br>P.O. Box 1479<br>Lombard, IL 60148-8479 | Stonleigh Recovery Associates, LLC<br>P.O. Box 1479<br>Lombard, IL 60148-8479 | Surgical Ctr of DuPage Medical Grou<br>c/o Merchants Credit Guidt Co.<br>223 W. Jackson Blvd, #700<br>Chicago, IL 60606-6914 |
| Synchrony Bank<br>c/o Portfolio Recovery Associates<br>120 Corporate Blvd., Suite 100<br>Norfolk, VA 23502-4952 | TD Bank USA/Target<br>3701 Wayzata Blvd.<br>#MS6C<br>Minneapolis, MN 55416-3401 | TD Bank USATarget<br>3701 Wayzata Blvd.<br>Minneapolis, MN 55416-3401 |
| TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | The Home Depot<br>c/o Portfolio Recovery Associates<br>120 Corporate Blvd.<br>Norfolk, VA 23502-4952 | United Collection Bureau, Inc.<br>5620 Southwyck Blvd., Suie 206<br>Toledo, OH 43614-1501 |
| Vision Financial Corp.<br>P.O. Box 7477<br>Rockford, IL 61126-7477 | Gilbert R. Dizon<br>Dizon Law Ltd.<br>412 Anderson Blvd., Unit B<br>Geneva, IL 60134-1208 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 |

| | | |
|---|---|---|
| Mariapaz A. Villacorte<br>1870 Chippendale Lane<br>Glendale Heights, IL 60139-1917 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Romeo V. Villacorte<br>1870 Chippendale Lane<br>Glendale Heights, IL 60139-1917 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>Successor to Citibank, N.A.<br>(The Home Depot)<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK<br>(SAMS CLUB)<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>Successor to SYNCHRONY BANK(MEIJER)<br>POB 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alford Elliott | (u)Vincent Robertelli | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     2<br>Total                  64 |