# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                                        §
                                              §
VILLACORTE, ROMEO V.                          §        Case No. 15-28510 JSB
VILLACORTE, MARIAPAZ A.                        §
                                              §
            Debtors                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 215,808.00          Assets Exempt: 40,450.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 24,494.90          Claims Discharged
                                                     Without Payment: 42,998.21

Total Expenses of Administration: 19,578.65

3) Total gross receipts of $ 50,384.26  (see **Exhibit 1**), minus funds paid to the debtor and third parties $ 6,310.71  (see **Exhibit 2**), yielded net receipts of $ 44,073.55  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 234,096.25 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 32,174.71 | 32,174.71 | 19,578.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 26,204.00 | 41,012.42 | 41,012.42 | 24,494.90 |
| **TOTAL DISBURSEMENTS** | $ 260,300.25 | $ 73,187.13 | $ 73,187.13 | $ 44,073.55 |

4)  This case was originally filed under chapter 7 on  08/20/2015 .  The case was pending for 32 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/18/2018                                By:/s/GINA B. KROL

                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FORECLOSURE SURPLUS FUNDS | 1229-000 | 50,384.26 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,384.26** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-001 | 591.14 |
| ROMEO V. VILLACORTE | Surplus Funds Paid to Debtor  726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 5,719.57 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,310.71** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 45227 | Fifth Third Bank 5050 Kingsley Dr. Cincinnati, OH | | 98,786.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree 7300 South Kyrene Road Tempe, AZ 85283-4583 | | 134,310.25 | NA | NA | 0.00 |
| | Hilton Grand Vacation, LLC 5323 Millenia Lakes Blvd. Suite 400 Orlando, FL 32839 | | 1,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 234,096.25** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 5,216.47 | 5,216.47 | 5,216.47 |
| ASSOCIATED BANK | 2600-000 | NA | 306.62 | 306.62 | 306.62 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):GIAGNORIO & ROBERTELLI | 3210-600 | NA | 990.00 | 990.00 | 990.00 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):GIAGNORIO & ROBERTELLI | 3220-610 | NA | 209.50 | 209.50 | 209.50 |
| ALFORD ELLIOTT | 3991-000 | NA | 12,596.06 | 12,596.06 | 12,596.06 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALFORD ELLIOTT | 3992-000 | NA | 12,596.06 | 12,596.06 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 32,174.71 | $ 32,174.71 | $ 19,578.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bottom Line Books c/o North Shore Agency P.O. Box 9205 Old Bethpage, NY 11804-9005 | | 43.00 | NA | NA | 0.00 |
| | Capital One Bank, USA, N.A. Attn:  Bankruptcy Dept. P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 5,088.00 | NA | NA | 0.00 |
| | Capital One Bank, USA, N.A. Attn:  Bankruptcy Dept. P.O. Box 30285 Salt Lake City, UT 84130-0285 | | 358.00 | NA | NA | 0.00 |
| | Capital One Retail Card Service c/o The Bureaus, Inc. 1717 Central St. Evanston, IL 60201 | | 2,052.00 | NA | NA | 0.00 |
| | Capital One c/o Central Credit Services P.O. Box 15118 Jacksonville, FL 32239-5118 | | 2,568.00 | NA | NA | 0.00 |
| | Capital One/Menards c/o Frontline Asset Strategies P.O. Box 1259, Dept. 101345 Oaks, PA 19456 | | 2,034.00 | NA | NA | 0.00 |
| | Carol Wright Gifts P.O. Box 2852 Monroe, WI 53566-8052 | | 24.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Tribune c/o Merchants Credit Guide Co. 223 W. Jackson Blvd., #700 Chicago, IL 60606 | | 64.00 | NA | NA | 0.00 |
| | Citibank, N.A. c/o Midland Funding 8875 Aero Dr., Suite 200 San Diego, CA 92123 | | 559.00 | NA | NA | 0.00 |
| | Comcast c/o Stellar Recovery Inc. 1327 Highway 2 W, Suite 100 Kalispell, MT 59901 | | 179.00 | NA | NA | 0.00 |
| | DuPage Medical Group c/o Merchants Credit Guide 223 W. Jackson Blvd, Suite 410 Chicago, IL 60606 | | 1,582.00 | NA | NA | 0.00 |
| | GE Capital Bank c/o Cavalry Portfolio Service 500 Summit Lake Dr. Valhalla, NY 10595 | | 218.00 | NA | NA | 0.00 |
| | Global Discovery Vacations 536- College Blvd., Suite 200 Overland Park, KS 66211 | | 830.00 | NA | NA | 0.00 |
| | JC Penney c/o Cavalry Portfolio Services, LLC P.O. Box 27288 Tempe, AZ 85285-7288 | | 218.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls Department Store P.O. Box 3115 Milwaukee, WI 53201 | | 1,824.00 | NA | NA | 0.00 |
| | Macy's P.O. Box 183083 Columbus, OH 43218-3083 | | 111.00 | NA | NA | 0.00 |
| | Sears c/o United Collection Bureau, Inc. P.O. Box 140310 Toledo, OH 43614 | | 1,960.00 | NA | NA | 0.00 |
| | Sprint c/o Enhanced Recovery Corporation P.O. Box 57547 Jacksonville, FL 32241 | | 527.00 | NA | NA | 0.00 |
| | Surgical Ctr of DuPage Medical Grou c/o Merchants Credit Guidt Co. 223 W. Jackson Blvd, #700 Chicago, IL 60606 | | 342.00 | NA | NA | 0.00 |
| | Synchrony Bank c/o Portfolio Recovery Associates 120 Corporate Blvd., Suite 100 Norfolk, VA 23502 | | 1,524.00 | NA | NA | 0.00 |
| | Synchrony Bank c/o Portfolio Recovery Associates 120 Corporate Blvd., Suite 100 Norfolk, VA 23502 | | 289.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | TD Bank USA/Target 3701 Wayzata Blvd. #MS6C Minneapolis, MN 55416 |  | 1,234.00 | NA | NA | 0.00 |
|  | The Home Depot c/o Portfolio Recovery Associates 120 Corporate Blvd. Norfolk, VA 23502 |  | 2,576.00 | NA | NA | 0.00 |
| 000010 | BOTTOM LINE BOOKS | 7100-900 | NA | 43.00 | 43.00 | 43.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 10,306.18 | 10,306.18 | 5,153.09 |
| 000003 | CAPITAL ONE, N.A. | 7100-900 | NA | 717.62 | 717.62 | 358.81 |
| 000004 | CAPITAL ONE, N.A. | 7100-900 | NA | 3,648.46 | 3,648.46 | 1,824.23 |
| 000016 | CAPITAL ONE/MENARDS C/O FRONTLINE | 7100-900 | NA | 2,034.00 | 2,034.00 | 2,034.00 |
| 000017 | CAROL WRIGHT GIFTS | 7100-900 | NA | 24.00 | 24.00 | 24.00 |
| 000005 | CAVALRY SPV I, LLC | 7100-900 | NA | 435.62 | 435.62 | 217.81 |
| 000018 | CHICAGO TRIBUNE | 7100-900 | NA | 64.00 | 64.00 | 64.00 |
| 000013 | DUPAGE MEDICAL GROUP | 7100-900 | NA | 1,582.00 | 1,582.00 | 1,582.00 |
| 000015 | JC PENNEY | 7100-900 | NA | 218.00 | 218.00 | 218.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | KOHLS DEPARTMENT STORE | 7100-900 | NA | 1,824.00 | 1,824.00 | 0.00 |
| 000006 | MIDLAND FUNDING, LLC | 7100-900 | NA | 1,117.74 | 1,117.74 | 558.87 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES LLC | 7100-900 | NA | 289.19 | 289.19 | 0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES LLC | 7100-900 | NA | 2,576.30 | 2,576.30 | 0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES LLC | 7100-900 | NA | 1,523.91 | 1,523.91 | 0.00 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 289.19 | 289.19 | 289.19 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 2,576.30 | 2,576.30 | 2,576.30 |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | NA | 1,523.91 | 1,523.91 | 1,523.91 |
| 000021 | SEARS | 7100-900 | NA | 1,960.00 | 1,960.00 | 1,960.00 |
| 000022 | SPRINT | 7100-900 | NA | 527.00 | 527.00 | 527.00 |
| 000023 | SURGICAL CTR OF DUPAGE MEDICAL GROU | 7100-900 | NA | 342.00 | 342.00 | 342.00 |
| 000024 | TD BANK USATARGET | 7100-900 | NA | 1,234.00 | 1,234.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | TD BANK, USA | 7100-900 | NA | 2,468.00 | 2,468.00 | 1,234.00 |
| 000011 | CAPITAL ONE | 7100-901 | NA | 2,568.00 | 2,568.00 | 2,568.00 |
| 000012 | COMCAST | 7100-901 | NA | 179.00 | 179.00 | 179.00 |
| 000014 | GLOBAL DISCOVERY VACATIONS | 7100-901 | NA | 830.00 | 830.00 | 830.00 |
| 000020 | MACYS | 7100-901 | NA | 111.00 | 111.00 | 111.00 |
| | BOTTOM LINE BOOKS | 7990-000 | NA | NA | NA | 0.40 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 20.18 |
| | CAPITAL ONE/MENARDS C/O FRONTILINE | 7990-000 | NA | NA | NA | 18.80 |
| | CAROL WRIGHT GIFTS | 7990-000 | NA | NA | NA | 0.22 |
| | CAVALRY SPV I, LLC | 7990-000 | NA | NA | NA | 2.01 |
| | CHICAGO TRIBUNE | 7990-000 | NA | NA | NA | 0.59 |
| | DUPAGE MEDICAL GROUP | 7990-000 | NA | NA | NA | 14.62 |
| | JC PENNEY | 7990-000 | NA | NA | NA | 2.01 |
| | MIDLAND FUNDING, LLC | 7990-000 | NA | NA | NA | 5.17 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7990-000 | NA | NA | NA | 40.56 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SEARS | 7990-000 | NA | NA | NA | 18.12 |
| | SPRINT | 7990-000 | NA | NA | NA | 4.87 |
| | SURGICAL CTR OF DUPAGE MEDICAL GROU | 7990-000 | NA | NA | NA | 3.16 |
| | CLERK OF US BANKRUPTCY COURT | 7990-001 | NA | NA | NA | 93.12 |
| | VILLACORTE, ROMEO V. | 7990-002 | NA | NA | NA | 52.86 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 26,204.00 | $ 41,012.42 | $ 41,012.42 | $ 24,494.90 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit 8

| Case No: | 15-28510    JSB    Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | VILLACORTE, ROMEO V. | Date Filed (f) or Converted (c): | 08/20/15 (f) |
| | VILLACORTE, MARIAPAZ A. | 341(a) Meeting Date: | 09/15/15 |
| For Period Ending: | 04/18/18 | Claims Bar Date: | 09/13/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Single Family Residence 1870 Chippendale Lane Glen | 242,208.00 | 0.00 | | 0.00 | FA |
| 2. Unemproved Lot Woodland, Wisconsin | 5,000.00 | 0.00 | | 0.00 | FA |
| 3. Unemproved Property Charlotte, FL | 2,000.00 | 600.00 | | 0.00 | FA |
| 4. JP Morgan Chase Bank Checking Acct. | 100.00 | 0.00 | | 0.00 | FA |
| 5. Misc. Household Goods and Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 6. Misc. Used Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8. 2003 Mitsubishiu Montero Mileage - 200,000 | 2,300.00 | 0.00 | | 0.00 | FA |
| 9. 1998 Honda Civic Mileage - 240,000 | 300.00 | 0.00 | | 0.00 | FA |
| 10. Timeshare - Hilton Las Vegas | 3,000.00 | 2,000.00 | | 0.00 | FA |
| 11. FORECLOSURE SURPLUS FUNDS (u) | 50,384.26 | 50,384.26 | | 50,384.26 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $306,642.26 | $52,984.26 | | $50,384.26 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and prepare TFR

October 12, 2017, 12:40 pm

Reopened case on 5/26/17 to pursue foreclosure surplus funds; employed special counsel and asset recovery broker  June 08, 2017, 09:15 am

Initial Projected Date of Final Report (TFR): 12/31/17        Current Projected Date of Final Report (TFR): 12/31/17

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Ver: 20.00h

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-28510    JSB    Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | VILLACORTE, ROMEO V. | Date Filed (f) or Converted (c): | 08/20/15 (f) |
| | VILLACORTE, MARIAPAZ A. | 341(a) Meeting Date: | 09/15/15 |
| | | Claims Bar Date: | 09/13/17 |

/s/    GINA B. KROL

_____ Date: 04/18/18

GINA B. KROL

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

Ver: 20.00h

FORM 2                                                                              Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          15-28510  -JSB                          Trustee Name:           GINA B. KROL
Case Name:        VILLACORTE, ROMEO V.                    Bank Name:              ASSOCIATED BANK
                  VILLACORTE, MARIAPAZ A.                 Account Number / CD #:  *******8044  Checking Account
Taxpayer ID No:   *******3746
For Period Ending: 04/18/18                               Blanket Bond (per case limit):  $ 5,000,000.00
                                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/16/17 | 11 | DUPAGE COUNTY SHERIFF CHANCERY SURPLUS TRUST 501 N COURNTY FARM ROAD WHEATON, IL 60187 | | 1229-000 | 50,384.26 | | 50,384.26 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 36.24 | 50,348.02 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.85 | 50,273.17 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.74 | 50,198.43 |
| 09/13/17 | 030001 | Alford Elliott Urban Asset Recovery 2510 E. 83rd Street Chicago, IL 60617 | | 3991-000 | | 12,596.06 | 37,602.37 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.98 | 37,537.39 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.81 | 37,481.58 |
| 01/18/18 | 030002 | Gina B. Krol 105 W. Madison St., Ste. 1100 Chicago, IL 60602 | Final Distribution Trustee Fees | 2100-000 | | 5,216.47 | 32,265.11 |
| 01/18/18 | 030003 | Clerk of US Bankruptcy Court 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Final Distribution Deferred Reopening Fee | 2700-000 | | 260.00 | 32,005.11 |
| 01/18/18 | 030004 | Giagnorio & Robertelli 130 S. Bloomingdale Rd. Bloomingdale, IL 60108 | Final Distribution Attorneys' Fees | 3210-600 | | 990.00 | 31,015.11 |
| 01/18/18 | 030005 | Giagnorio & Robertelli 130 S. Bloomingdale Rd. Bloomingdale, IL 60108 | Final Distribution Attorneys' Expenses | 3220-610 | | 209.50 | 30,805.61 |
| 01/18/18 | 030006 | Bottom Line Books c/o North Shore Agency | Final Distribution (10-1) Account Number (last 4 | | | 43.40 | 30,762.21 |

Page Subtotals          50,384.26          19,622.05

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-28510 -JSB |
| Case Name: | VILLACORTE, ROMEO V. |
| | VILLACORTE, MARIAPAZ A. |
| Taxpayer ID No: | *******3746 |
| For Period Ending: | 04/18/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8044  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 9205 | digits):2679 | | | | | |
| | | Old Bethpage, NY 11804-9005 | | | | | | |
| | | | Claim | 43.00 | 7100-900 | | | |
| | | | Interest | 0.40 | 7990-000 | | | |
| * 01/18/18 | 030007 | Comcast | Final Distribution | | | | 180.65 | 30,581.56 |
| | | c/o Stellar Recovery Inc. | | | | | | |
| | | 1327 Highway 2 W, Suite 100 | | | | | | |
| | | Kalispell, MT 59901 | | | | | | |
| | | | Claim | 179.00 | 7100-903 | | | |
| | | | Interest | 1.65 | 7990-003 | | | |
| 01/18/18 | 030008 | DuPage Medical Group | Final Distribution | | | | 1,596.62 | 28,984.94 |
| | | c/o Merchants Credit Guide | | | | | | |
| | | 223 W. Jackson Blvd, Suite 410 | | | | | | |
| | | Chicago, IL 60606 | | | | | | |
| | | | Claim | 1,582.00 | 7100-900 | | | |
| | | | Interest | 14.62 | 7990-000 | | | |
| * 01/18/18 | 030009 | Global Discovery Vacations | Final Distribution | | | | 837.67 | 28,147.27 |
| | | 536- College Blvd., Suite 200 | (14-1) Account Number (last 4 | | | | | |
| | | Overland Park, KS 66211 | digits):9630 | | | | | |
| | | | Claim | 830.00 | 7100-903 | | | |
| | | | Interest | 7.67 | 7990-003 | | | |
| 01/18/18 | 030010 | Carol Wright Gifts | Final Distribution | | | | 24.22 | 28,123.05 |
| | | P.O. Box 2852 | (17-1) Account Number (last 4 | | | | | |
| | | Monroe, WI 53566-8052 | digits):04A4 | | | | | |
| | | | Claim | 24.00 | 7100-900 | | | |
| | | | Interest | 0.22 | 7990-000 | | | |
| 01/18/18 | 030011 | Chicago Tribune | Final Distribution | | | | 64.59 | 28,058.46 |
| | | c/o Merchants Credit Guide Co. | (18-1) Account Number (last 4 | | | | | |
| | | 223 W. Jackson Blvd., #700 | digits):0706 | | | | | |

|  | Page Subtotals | 0.00 | 2,703.75 |
|---|---|---|---|

Ver: 20.00h

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-28510 -JSB |
| Case Name: | VILLACORTE, ROMEO V. |
| | VILLACORTE, MARIAPAZ A. |
| Taxpayer ID No: | *******3746 |
| For Period Ending: | 04/18/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8044  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60606 | Claim | 64.00 | 7100-900 | | | |
| | | | Interest | 0.59 | 7990-000 | | | |
| 01/18/18 | 030012 | Sprint | Final Distribution | | | | 531.87 | 27,526.59 |
| | | c/o Enhanced Recovery Corporation | | | | | | |
| | | P.O. Box 57547 | | | | | | |
| | | Jacksonville, FL 32241 | | | | | | |
| | | | Claim | 527.00 | 7100-900 | | | |
| | | | Interest | 4.87 | 7990-000 | | | |
| 01/18/18 | 030013 | Surgical Ctr of DuPage Medical Grou | Final Distribution | | | | 345.16 | 27,181.43 |
| | | c/o Merchants Credit Guidt Co. | (23-1) Account Number (last 4 | | | | | |
| | | 223 W. Jackson Blvd, #700 | digits):0085 | | | | | |
| | | Chicago, IL 60606 | | | | | | |
| | | | Claim | 342.00 | 7100-900 | | | |
| | | | Interest | 3.16 | 7990-000 | | | |
| * 01/18/18 | 030014 | TD Bank, USA | Final Distribution | | | | 1,245.41 | 25,936.02 |
| | | by American InfoSource LP as agent | | | | | | |
| | | 4515 N Santa Fe Ave | | | | | | |
| | | Oklahoma City, OK 73118 | | | | | | |
| | | | Claim | 1,234.00 | 7100-903 | | | |
| | | | Interest | 11.41 | 7990-003 | | | |
| * 01/18/18 | 030015 | Capital One Bank (USA), N.A. | Final Distribution | | | | 5,200.72 | 20,735.30 |
| | | PO Box 71083 | | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | | |
| | | | Claim | 5,153.09 | 7100-903 | | | |
| | | | Interest | 47.63 | 7990-003 | | | |
| 01/18/18 | 030016 | Capital One, N.A. | Final Distribution | | | | 362.13 | 20,373.17 |
| | | PO Box 71083 | | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 7,685.29 |

Ver: 20.00h

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-28510 -JSB |
| Case Name: | VILLACORTE, ROMEO V. |
| | VILLACORTE, MARIAPAZ A. |
| Taxpayer ID No: | *******3746 |
| For Period Ending: | 04/18/18 |

| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8044  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim | 358.81 | 7100-900 | | | |
| | | | Interest | 3.32 | 7990-000 | | | |
| 01/18/18 | 030017 | Capital One, N.A. | Final Distribution | | | | 1,841.09 | 18,532.08 |
| | | c/o Becket and Lee LLP | | | | | | |
| | | PO Box 3001 | | | | | | |
| | | Malvern PA 19355-0701 | | | | | | |
| | | | Claim | 1,824.23 | 7100-900 | | | |
| | | | Interest | 16.86 | 7990-000 | | | |
| 01/18/18 | 030018 | Cavalry SPV I, LLC | Final Distribution | | | | 219.82 | 18,312.26 |
| | | 500 Summit Lake Drive, Ste 400 | (5-1) Cavalry SPV I, LLC as | | | | | |
| | | Valhalla, NY 10595 | assignee of GE Retail Bank/jcp credit card | | | | | |
| | | | Claim | 217.81 | 7100-900 | | | |
| | | | Interest | 2.01 | 7990-000 | | | |
| 01/18/18 | 030019 | Midland Funding, LLC | Final Distribution | | | | 564.04 | 17,748.22 |
| | | Midland Credit Management, Inc. as | (6-1) Account Number (last 4 | | | | | |
| | | agent for Midland Funding, LLC | digits):7394 | | | | | |
| | | PO Box 2011 | | | | | | |
| | | Warren, MI 48090 | | | | | | |
| | | | Claim | 558.87 | 7100-900 | | | |
| | | | Interest | 5.17 | 7990-000 | | | |
| 01/18/18 | 030020 | Portfolio Recovery Associates, LLC | Final Distribution | | | | 291.86 | 17,456.36 |
| | | Successor to SYNCHRONY BANK(MEIJER) | | | | | | |
| | | POB 41067 | | | | | | |
| | | Norfolk, VA 23541 | | | | | | |
| | | | Claim | 289.19 | 7100-900 | | | |
| | | | Interest | 2.67 | 7990-000 | | | |
| 01/18/18 | 030021 | Portfolio Recovery Associates, LLC | Final Distribution | | | | 2,600.11 | 14,856.25 |
| | | Successor to Citibank, N.A. | | | | | | |
| | | (The Home Depot) | | | | | | |

Page Subtotals          0.00          5,516.92

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-28510 -JSB |
|---|---|
| Case Name: | VILLACORTE, ROMEO V. |
| | VILLACORTE, MARIAPAZ A. |
| Taxpayer ID No: | *******3746 |
| For Period Ending: | 04/18/18 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8044  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 41067 Norfolk, VA 23541 | | | | | | | |
| | | | Claim | 2,576.30 | | 7100-900 | | | |
| | | | Interest | 23.81 | | 7990-000 | | | |
| 01/18/18 | 030022 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (SAMS CLUB) POB 41067 Norfolk, VA 23541 | Final Distribution | | | | | 1,537.99 | 13,318.26 |
| | | | Claim | 1,523.91 | | 7100-900 | | | |
| | | | Interest | 14.08 | | 7990-000 | | | |
| * 01/18/18 | 030023 | Capital One c/o Central Credit Services P.O. Box 15118 Jacksonville, FL 32239-5118 | Final Distribution (11-1) Account Number (last 4 digits):6629 | | | | | 2,591.73 | 10,726.53 |
| | | | Claim | 2,568.00 | | 7100-903 | | | |
| | | | Interest | 23.73 | | 7990-003 | | | |
| 01/18/18 | 030024 | JC Penney c/o Cavalry Portfolio Services, LLC P.O. Box 27288 Tempe, AZ 85285-7288 | Final Distribution (15-1) Account Number (last 4 digits):0563 | | | | | 220.01 | 10,506.52 |
| | | | Claim | 218.00 | | 7100-900 | | | |
| | | | Interest | 2.01 | | 7990-000 | | | |
| 01/18/18 | 030025 | Capital One/Menards c/o Frontline Asset Strategie P.O Box 1259, Dept 101345 Oaks, PA 19456 Oaks, PA 19456 | Final Distribution (16-1) Account Number (last 4 digits):6677 | | | | | 2,052.80 | 8,453.72 |
| | | | Claim | 2,034.00 | | 7100-900 | | | |

| | | Page Subtotals | 0.00 | 6,402.53 |
|---|---|---|---|---|

Ver: 20.00h

**FORM 2**

Page:  6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-28510 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | VILLACORTE, ROMEO V. | Bank Name: | ASSOCIATED BANK |
| | VILLACORTE, MARIAPAZ A. | Account Number / CD #: | *******8044  Checking Account |
| Taxpayer ID No: | *******3746 | | |
| For Period Ending: | 04/18/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest              18.80 | 7990-000 | | | |
| * 01/18/18 | 030026 | Macys<br>P.O. Box 183083<br>Columbus, OH 43218 | Final Distribution | | | 112.03 | 8,341.69 |
| | | | Claim              111.00 | 7100-903 | | | |
| | | | Interest              1.03 | 7990-003 | | | |
| 01/18/18 | 030027 | Sears<br>c/o United Collection Bureau, Inc.<br>P.O. Box 140310<br>Toledo, OH 43614 | Final Distribution<br>(21-1) Account Number (last 4 digits):7104 | | | 1,978.12 | 6,363.57 |
| | | | Claim            1,960.00 | 7100-900 | | | |
| | | | Interest              18.12 | 7990-000 | | | |
| 01/18/18 | 030028 | ROMEO V. VILLACORTE<br>MARIAPAZ A. VILLACORTE<br>GLENDALE HEIGHTS, IL  60139 | Final Distribution<br>Surplus Funds | | | 5,772.43 | 591.14 |
| | | | Claim            5,719.57 | 8200-002 | | | |
| | | | Interest              52.86 | 7990-000 | | | |
| * 01/30/18 | 030029 | Romeo Villacorte<br>Mariapaz Villacorte<br>1870 Chippendale Lane<br>Glendale Heights, IL 60139 | Surplus | 8200-003 | | 591.14 | 0.00 |
| * 04/10/18 | 030007 | Comcast<br>c/o Stellar Recovery Inc.<br>1327 Highway 2 W, Suite 100<br>Kalispell, MT 59901 | Final Distribution | | | -180.65 | 180.65 |
| | | | Claim         (        179.00 ) | 7100-903 | | | |
| | | | Interest         (        1.65 ) | 7990-003 | | | |
| * 04/10/18 | 030009 | Global Discovery Vacations<br>536- College Blvd., Suite 200 | Final Distribution | | | -837.67 | 1,018.32 |

| | | Page Subtotals | | 0.00 | 7,435.40 | |
|---|---|---|---|---|---|---|

Ver: 20.00h

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 15-28510 -JSB |
| Case Name: | VILLACORTE, ROMEO V. |
| | VILLACORTE, MARIAPAZ A. |
| Taxpayer ID No: | *******3746 |
| For Period Ending: | 04/18/18 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8044  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Overland Park, KS 66211 | | | | | | |
| | | | Claim ( 830.00 ) | | 7100-903 | | | |
| | | | Interest ( 7.67 ) | | 7990-003 | | | |
| * 04/10/18 | 030014 | TD Bank, USA | Final Distribution | | | | -1,245.41 | 2,263.73 |
| | | by American InfoSource LP as agent | | | | | | |
| | | 4515 N Santa Fe Ave | | | | | | |
| | | Oklahoma City, OK 73118 | | | | | | |
| | | | Claim ( 1,234.00 ) | | 7100-903 | | | |
| | | | Interest ( 11.41 ) | | 7990-003 | | | |
| * 04/10/18 | 030015 | Capital One Bank (USA), N.A. | Final Distribution | | | | -5,200.72 | 7,464.45 |
| | | PO Box 71083 | | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | | |
| | | | Claim ( 5,153.09 ) | | 7100-903 | | | |
| | | | Interest ( 47.63 ) | | 7990-003 | | | |
| * 04/10/18 | 030023 | Capital One | Final Distribution | | | | -2,591.73 | 10,056.18 |
| | | c/o Central Credit Services | | | | | | |
| | | P.O. Box 15118 | | | | | | |
| | | Jacksonville, FL 32239-5118 | | | | | | |
| | | | Claim ( 2,568.00 ) | | 7100-903 | | | |
| | | | Interest ( 23.73 ) | | 7990-003 | | | |
| * 04/10/18 | 030026 | Macys | Final Distribution | | | | -112.03 | 10,168.21 |
| | | P.O. Box 183083 | | | | | | |
| | | Columbus, OH 43218 | | | | | | |
| | | | Claim ( 111.00 ) | | 7100-903 | | | |
| | | | Interest ( 1.03 ) | | 7990-003 | | | |
| * 04/10/18 | 030029 | Romeo Villacorte | Surplus | | 8200-003 | | -591.14 | 10,759.35 |
| | | Mariapaz Villacorte | | | | | | |
| | | 1870 Chippendale Lane | | | | | | |
| | | Glendale Heights, IL 60139 | | | | | | |

|  | Page Subtotals | 0.00 | -9,741.03 |
|---|---|---|---|

Ver: 20.00h

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-28510 -JSB | Trustee Name: | GINA B. KROL |
| Case Name: | VILLACORTE, ROMEO V. | Bank Name: | ASSOCIATED BANK |
| | VILLACORTE, MARIAPAZ A. | Account Number / CD #: | *******8044  Checking Account |
| Taxpayer ID No: | *******3746 | | |
| For Period Ending: | 04/18/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/10/18 | 030030 | CLERK OF US BANKRUPTCY COURT 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Final Distribution DIVIDENDS REMITTED TO THE COURT | | | | 10,168.21 | 591.14 |
| | | | ITEM #   CLAIM #     DIVIDEND =================================== | | | | | |
| | | | 24     000012       179.00 | | 7100-901 | | | |
| | | | 1.65 | | 7990-001 | | | |
| | | | 26     000014       830.00 | | 7100-901 | | | |
| | | | 7.67 | | 7990-001 | | | |
| | | | 13     000001     1,234.00 | | 7100-901 | | | |
| | | | 11.41 | | 7990-001 | | | |
| | | | 14     000002     5,153.09 | | 7100-901 | | | |
| | | | 47.63 | | 7990-001 | | | |
| | | | 23     000011     2,568.00 | | 7100-901 | | | |
| | | | 23.73 | | 7990-001 | | | |
| | | | 32     000020       111.00 | | 7100-901 | | | |
| | | | 1.03 | | 7990-001 | | | |
| 04/10/18 | 030031 | CLERK OF US BANKRUPTCY COURT 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Surplus | | 8200-001 | | 591.14 | 0.00 |

|  | | | | Page Subtotals | | 0.00 | 10,759.35 | |

Ver: 20.00h

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

FORM 2                                                                                    Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 15-28510  -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | VILLACORTE, ROMEO V. | | Bank Name: | ASSOCIATED BANK |
| | VILLACORTE, MARIAPAZ A. | | Account Number / CD #: | *******8044  Checking Account |
| Taxpayer ID No: | *******3746 | | | |
| For Period Ending: | 04/18/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 50,384.26 | 50,384.26 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 50,384.26 | 50,384.26 | |
| | | | Less:  Payments to Debtors | | | 6,363.57 | |
| | | | Net | | 50,384.26 | 44,020.69 | |

|  |  |  |  |
|---|---|---|---|
| | | NET | ACCOUNT |
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Checking Account - *******8044 | 50,384.26 | 44,020.69 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 50,384.26 | 44,020.69 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                  0.00              0.00

Ver: 20.00h

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*